FILED

JUN 1 6 2021

SUPPRESSED

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
Plaintiff,                     )
                               )
v.                             )  No.  **4:21CR00367 SEP/NCC**
                               )
EDSON S. ORTIZ,                )
                               )
Defendant.                     )

## INDICTMENT

## COUNT I

The Grand Jury charges that:

Between on or about October 24, 2020, in St. Louis County, Missouri within the Eastern

District of Missouri and elsewhere,

### EDSON S. ORTIZ,

the defendant herein, did knowingly travel in interstate commerce, from California to Saint Louis

County, Missouri, for the purpose of crossing one or more State lines to engage in a sexual act

with a person under the age of eighteen years involving the production of child pornography, a

visual depiction of a person under eighteen years of age engaged in sexual intercourse, at a time

that the defendant was at least four years older than such person, in violation of Title 18, United

States Code, Section 2423(b).

### FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in

violation of Title 18, United States Code, Section 2423(b) as set forth in Count I of the

Indictment, the defendant shall forfeit to the United States of America: any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, from such offense, and any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense.

2.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____ _____ _____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JILLIAN S. ANDERSON, #53918(MO)
Assistant United States Attorney