**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cause No. 4:21CR00367SEP** |
| **v.** | ) | |
| | ) | |
| **EDSON ORTIZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S SENTENCING MEMORANDUM SUPPLEMENT**

Comes now, the Defendant, by counsel and provides additional information for the Court to consider at sentencing. In support thereof, the Defendant states as follows:

1. Defense Counsel has been provided with treatment records from the Defendant's time on pretrial. [redacted]

2. [redacted]

3. [redacted]

3. █████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████

4. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████

5. ██████████████████████████████████

████████████████████████████████████████

████████████████████

6. Defense Counsel submitted a letter from Ortiz's primary care physician regarding Ortiz's physical health. However, Ortiz sees multiple specialists for his condition including a specific eye doctor and cardiologist. Going from a team of health care professionals to a doctor in the Bureau of Prisons will be a change that will no doubt negatively affect his health.

6. Also, Counsel neglected to note in his Sentencing Memorandum that the Defendant also suffers from Muscular Dystrophy. This diagnosis is contained in the medical records and the letter submitted by his primary care physician, Doc. 70-1.

WHEREFORE, Edson Ortiz provides this additional information and requests the Court consider it at sentencing.

        Respectfully submitted,

        FRANK, JUENGEL & RADEFELD,
        ATTORNEYS AT LAW, P.C.


By */s/ Daniel A. Juengel*
    DANIEL A. JUENGEL (#42784MO)
    Attorney for Defendant
    7710 Carondelet Avenue, Suite 350
    Clayton, Missouri 63105
    (314) 725-7777


### **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Jillian Anderson
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

        */s/ Daniel A. Juengel*
        DANIEL A. JUENGEL